IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

   vs.

NICOLE HELTON,

        Defendant.

Case No. 3:07cr182 (2)

JUDGE WALTER HERBERT RICE

---

DECISION AND ENTRY FINDING DEFENDANT IN VIOLATION OF REIMPOSED PERIOD OF SUPERVISED RELEASE, REVOKING SAME AND IMPOSING SENTENCE, WITH FURTHER REIMPOSED PERIOD OF SUPERVISED RELEASE TO FOLLOW; CONDITIONS SET FORTH; RIGHT OF APPEAL EXPLAINED AND UNDERSTOOD; TERMINATION ENTRY

---

On June 7, 2012, the Defendant appeared in open Court and admitted to an allegation set forth against her in a Petition dated March 9, 2012, directing her to show cause why her reimposed period of supervised release, the original such having begun on September 18, 2008, should not be revoked. Following said admission, the Defendant was found in violation of said reimposed period of supervised release.

Pursuant to the record made in open Court on the aforesaid June 7, 2012, the Defendant's reimposed period of supervised release was revoked and she was

remanded to the custody of the Attorney General of the United States, the Bureau of Prisons, for a period of time served, with the reimposed period of supervised release of four years and six months to follow, less time served between April 9, 2012, and June 8, 2012, plus any and all additional available jail time credit.

As conditions of this latest period of supervised release, the Defendant is to comply with any and all undischarged conditions of the period of supervision that began September 8, 2008. The Defendant is to relocate to the State of Maine, to live with her uncle, Gary Christian, and cousin, Mark Christian, at 487 Center Minot Hill Road, Minot, Maine. Courtesy supervision will be provided by the District of Maine. Defendant is to contact the United States Probation Officer Matt Brown within the first business day after her arrival in Minot, Maine, at 207-482-3622, following which she will be required to report to Probation Officer Matt Brown's office at 400 Congress Street, 5th Floor, Portland, Maine 04101-3547 to review the conditions of the reimposed period of supervised release, to sign necessary releases and to be referred to appropriate treatment. Officer Brown has suggested a four week intensive outpatient substance abuse program for the Defendant, followed by weekly dual diagnosis outpatient treatment. Defendant's counsel, Mark Christian, has agreed to provide transportation to treatment for the Defendant. This Court concurs with Officer Brown's suggestion. After meeting the Defendant, should said Officer feel that a modification of said suggestion is in order, the Court would rely on his discretion.

The Defendant was to be released from the Montgomery County Jail at 8:00 a.m. on Friday, June 8, 2012, to be transported to her new residence in the State of Maine.

Following the above, the Defendant was orally explained her right of appeal and she indicated an understanding of same.

The captioned cause is hereby ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

June 14, 2012

WALTER HERBERT RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Laura Clemmens, AUSA
Patrick Flanagan, Esq.
Victoria Howard, USPO